# In The Matter Of:

*Roberto Silva vs*

*Deputy James Read*

---

*Roberto Silva*

*September 11, 2020*

---

*ADVANTAGE REPORTING SERVICE*

*110 S.W. JEFFERSON AVE., SUITE 430*

*PEORIA, IL 61602*

*PHONE: 309-673-1881 FAX: 309-673-0341*

*reportingservice@att.net*

Original File 9-11-20_Silva_Linda.TXT

**Min-U-Script® with Word Index**

**EXHIBIT A**

Roberto Clemente High School.

THE REPORTER: I'm sorry, I'm losing your voice.

THE WITNESS: Oh, I'm sorry. These things, man.

MR. BERSANI: I know. If you want to pull it -- I'm okay with that, so if you want to pull it down --

THE WITNESS: Oh, I've been -- I don't have COVID, so --

MR. BERSANI: Yeah, okay.

A. (Continuing.) I lived in Humboldt Park, Division and California, went to Roberto Clemente High School.

BY MR. BERSANI:

Q. My dad went to that high school when it used to be called Touhy High School.

A. Touhy, which was right across the ways, yeah.

Q. That's --

A. Yeah.

Q. -- a long time ago.

A. I was around when they were building the high school there.

Q. Okay. And at some point you found your way out to DeKalb County.

When was that?

A. I found myself to DeKalb County. Actually, I went to live in West Chicago with my sister. Then, after that, I found myself working in Saint Charles. Moved to Saint Charles, and then from Saint Charles, I met my ex-wife, which brought me up to Kirkland, Illinois. Around in 2002 is when I moved out here.

Q. Okay. And when did you get divorced?

A. 2010.

Q. Okay. So did you move out west, I'll say, the western suburbs for employment opportunities or what?

A. Just employment opportunities and probably maybe just get out of -- get away from city life, you know. Country life is not a bad place.

Q. Yeah, right.

What did you do for a living prior to being --

A. I'm --

Q. -- incarcerated --

A. -- an electrical engineer.
Q. -- at DeKalb?
A. Electrical engineer.
Q. And were you employed?
A. Yes.
Q. And where were you employed at?
A. I was employed for GIC. That's a company there in Kirkland.
Q. So tell me what you did, what -- you know, give me kind of an overview of what your job duties were.
A. We build electronics for the government, we build electronics for TVs, we build electronics for -- it's a circuit board company.
And what I did there was maintain production, design boards, fix machinery whenever it broke down. I specialized in repairing machines and all that and just keeping overall production going in the factory.
Q. Okay. How long had you worked for GIC before you --
A. I'd say --
Q. -- before you were --
A. -- it was seven years.

Q. -- incarcerated here?
A. Seven years.
Q. We're talking over each other again, so --
A. Okay.
Q. I apologize. Sometimes I have a habit, when I ask a question, I pause in the middle of the question.
A. That's why I --
Q. You may think --
A. That's why --
Q. -- I'm done.
A. -- I answered.
Q. Yeah, just give me a chance. I'll try not to do that.
So how long were you employed at GIC before you were incarcerated here?
A. About seven years.
Q. Okay. And prior to that, what did you do for a living?
A. Well, prior to that, I just worked construction. I had a construction business, and I had that for, I'd say, about maybe eight years or something like that. Six years, six or eight

years, I had a construction business, building houses, remodeling houses. So -- just first it started as a handyman business, and then it grew to something bigger.

Q. Okay. Was that a sole proprietorship that you had or --

A. Yeah.

Q. -- did you have partners?

A. I had -- no, I didn't have a -- me and my wife were the ones that had it. We had employees and all that.

Q. And prior to that what did you do?

A. Prior to that I was -- I was incarcerated from '94. '94 I went to jail -- prison for, you know, some stuff that I wasn't supposed to be doing, you know. And then after that, I was released and got my life together and all that.

But coming out of high school and all that, I just had odd jobs, you know, just working car dealerships as a salesman, you know, working telemarketing companies.

Q. Okay.

A. You know, my skill set just started

developing as I worked for construction companies sometimes here and there.

Q. Okay. So how long were you in prison for?

A. Seven and a half years.

Q. So '94 to 2001, 2002?

A. 2000.

Q. 2000?

A. Yes.

Q. Where were you incarcerated at?

A. Various places. The last place I was at was Shawnee.

Q. I've been there.

And what -- let me ask you this: What -- tell me about your criminal history, okay? So you got convictions, obviously. What kind of convictions have you had over the years?

A. That's the only stuff I ever had.

Q. Okay. What was that conviction for?

A. Narcotics.

Q. And that's a felony; right?

A. Yes, sir.

Q. Narcotics possession?

A. Sales.

Q. Sale and distribution?
A. Yes.
Q. So am I to understand that you have one conviction for a felony narcotics in your lifetime?
A. Yes.
Q. No other felony convictions of any kind?
A. (Indicating.)
Q. No?
A. No.
Q. You have to answer out loud.
A. No.
Q. Do you have any convictions at all for any misdemeanors involving dishonesty or --
A. No.
Q. -- moral turpitude or anything of that nature?
A. No, I don't.
Q. And I take it that conviction sounds like that occurred sometime in the mid-1990s, so it's quite some time ago?
A. Yeah.
Q. Okay. And what is the extent of your

education?

A. I have a college education.

Q. Where is that at?

A. I went to Lincoln Land College.

Q. Where is that at?

A. That's down in Galesburg.

Q. Okay. What years did you go there?

A. You would be surprised how much prison life teaches you, you know. They give you advantages that you can take advantage of.

Q. Okay.

A. So college, they gave you college courses on anything, engineering, political science. So I took advantage of that while I was in prison.

Q. Okay. So between '94 and 2000?

A. Yes.

Q. Did you receive any degree?

A. Yes, engineering degree. And I have a political science degree, also.

Q. What type of degree is it, associate's degree or bachelor's?

A. Associate's.

I wasn't going to become an

engineer. I was going to be a police officer, so --
Q. Okay.
A. My dad's a cop.
Q. I see.
A. Retired.
Q. Where was he a cop at?
A. Cook County.
Q. Cook County Sheriff's?
A. Yeah. 43 years, retired now.
Q. Okay. So other than Lincoln Land College, any other education after high school?
A. No, sir.
Q. How about any type of vocational schools? Any time where you got certificates or automotive?
A. Licenses. I fix cars.
Q. Fix cars?
A. Yeah, automotive.
Q. Okay.
A. Just basic stuff. Just one-year certification.
Q. Okay. And when was that?
A. I did that with -- oh, I can't remember

the name of the school. But I also got that when I was in prison, also.

Q. Okay. You said you went to Roberto Clemente?

A. Yes.

Q. So that would have been -- we're fairly close to the same age. I'm a little older, but that would have been just like, what, mid-1980s graduated?

A. '82.

Q. '82?

A. Yes. Went to high school in '78.

Q. Okay.

A. That's my weird -- my age -- my birthday is December. Got to -- like I think it's one year ahead or something like that or one year behind. I can't remember.

Q. Okay.

A. So I kind of started -- I had to start high school a little bit late.

Q. Okay. Do you have something else to add?

A. No.

Q. Okay. Now, the lawsuit that we're here

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ROBERTO SILVA, | ) | |
| | ) | Case No. 20-cv-50007 |
| Plaintiff, | ) | |
| | ) | Judge Rebecca R. Pallmeyer |
| vs. | ) | |
| | ) | Magistrate Judge Lisa A. Jensen |
| DEPUTY JAMES READ, et al., | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on **October ____, 2020**, I electronically filed the foregoing ***Defendants' Opposition to Plaintiff's Motion for Appointment of Counsel and Motion for Extension of Time to Complete Discovery*** with the Clerk of the District Court for the Northern District of Illinois, using the CM/ECF system, and mailed via certified mail the document referenced herein to the following non-CM/ECF participant:

**TO:** Roberto Silva
Inmate #99318
DeKalb County Jail
150 North Main Street
Sycamore, IL 60178

**s/Michael D. Bersani**
MICHAEL D. BERSANI, ARDC No. 06200897
CHRISTIAN E. KETTER, ARDC No. 06331397
*Attorneys for Defendants* Deputy *James Read and County of DeKalb*
HERVAS, CONDON & BERSANI, P.C.
333 Pierce Road, Suite 195
Itasca, IL 60143-3156
P: 630-773-4774 F: 630-773-4851
mbersani@hcbattorneys.com
cketter@hcbattorneys.com